

**Practice Areas**
Administrative Law
Cannabis Law
Correctional Law
CMS Matters
Criminal Defense
DEA Matters
Estate Planning
Health Care Audits
Health Care Compliance
Health Care Fraud & Abuse
Health Care Law
Health Care Transactions
HIPAA & HITECH Matters
Medical Malpractice Defense
NPDB/Peer Review Matters
Pharmacy Law
Professional Licensing
General Litigation

**California Office**
17434 Bellflower Blvd,
Suite 200
Bellflower, CA 90706
T. (818) 287-0576

**Florida Offices**
6841 Energy Ct.
Sarasota, FL 34240
T. (941) 893-3449

701 Waterford Way
Suite 340
Miami, FL 33126
T. (305) 712-7177

**Michigan Office**
1441 West Long Lake Rd.
Suite 310
Troy, MI 48098
T. (248) 644-6326
F. (248) 644-6324

www.ChapmanLawGroup.com

July 21, 2025

Honorable Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building &
U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

  Re: *United States v. Reinaldo Wilson* 20-CR-111-01 (CPO)

Dear Judge O'Hearn,

  Undersigned counsel has represented Defendant, Reinaldo Wilson, in the above-entitled matter since July 9, 2020. It has recently come to counsel's attention that Mr. Wilson can no longer afford to pay for his representation. This change in circumstances is due to a combination of factors, including but not limited to, his inability to maintain employment because of the pending criminal case and changes in his medical condition.

  The sentencing procedures are all that remain in Mr. Wilson's case. For efficiency and effectiveness, undersigned counsel respectfully requests that the Court appoint her under the Criminal Justice Act ("CJA") to represent him for the pendency of the matter. The United States, through Assistant United States Attorney, Nicholas Peone, supports this request.

  Thank you in advance for your consideration.

          Very Truly Yours,
          **Chapman Law Group**

          **Summer McKeivier, Esq.**