UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden                                        **DATE OF PROCEEDING:** 2/26/2026

**JUDGE CHRISTINE P. O'HEARN**

                                                         **DOCKET NO.** 20-cr-111-1 (CPO)
**COURT REPORTER:** Meta Goddard
**OTHER:** Maribel Perez, U.S. Probation

**TITLE OF CASE:**

UNITED STATES OF AMERICA

            v.

REINALDO WILSON

**APPEARANCES:**
Dennis Halverson, AUSA for the Government
Summer McKeiver, Esquire for Defendant *(Defendant Present)*

**NATURE OF PROCEEDINGS:**    SENTENCING
Hearing on government's oral application to dismiss counts 1, 3-6.
Ordered counts 1, 3-6 are dismissed.

**SENTENCE:** Imprisonment for a term of 84 months on Count 2
**SUPERVISED RELEASE:** For a term of 3 years with special conditions
**SPECIAL ASSESSMENT:** $100.00
**RESTITUTION:** $27,932,533.00
**FINE:** Waived

Defendant advised of his right to appeal.
Court recommends the defendant be designated to FCI Jesup, Georgia.
Court recommends defendant self-surrender on or after May 15, 2026.

Time Commenced:     10:25am
Time Adjourned:     11:20 am
**Total Time:**        **55 Minutes**

                                        */s/ Haley E. Minix*
                                        DEPUTY CLERK